**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

ANDREW MARC BALDWIN,

    Plaintiff,

vs.                                           CASE NO.: 1:08-CV-055-SPM

BAUSCH & LOMB, INC.,

    Defendant.
_____/

**ORDER TEMPORARILY STAYING ALL PROCEEDINGS
PENDING MDL TRANSFER**

**THIS CAUSE** comes before the Court upon the "Defendant Bausch & Lomb Incorporated's Unopposed Motion to Stay All Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation and Memorandum of Law in Support" (doc. 6). Defendant requests that the Court stay all proceedings in this case pending a final ruling from the Judicial Panel on Multi-District Litigation ("JPML") regarding transfer of this case to MDL-1785. Both parties are in agreement with the motion.

Upon consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's motion to stay (docs. 6) is hereby ***granted***.

2. All proceedings in this case are temporarily stayed until ***September 1, 2008***, pending transfer.

3. Parties are hereby ordered to notify the Court within five days of the

date the transfer occurs.  If no transfer has been made by *September 2, 2008*, the parties are ordered to file a status report with this Court.

**DONE AND ORDERED** this fourteenth day of May, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge